# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

UNITED STATES OF AMERICA

WARRANT FOR ARREST

2007 MAR 23 A 8:53

v.

YOLANDA CRAWLEY

Case No. JFM-07-0066

**07-8124-JMH**

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __YOLANDA CRAWLEY__
*Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with *(brief description of offense)*: Conspiracy to Commit Money Laundering

in violation of Title ___18___ United States Code, Section(s) ___1956(h)___

__Felicia C. Cannon__　　　　　　　　　　　　　　　　__Clerk, U.S. District Court__
Name of Issuing Officer　　　　　　　　　　　　　　　Title of Issuing Officer

*[signature]*　　　　　　　　　　　　　　　　　　　__March 23, 2007　　Baltimore, MD__
(By) Deputy Clerk　　　　　　　　　　　　　　　　　　Date and Location

Bail fixed at $ __NONE RECOMMENDED__　　　　　by __Beth P. Gesner, U.S. Magistrate Judge__
　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 MAR 22 P 4 04
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. ~~JFM-07-0086~~

YOLANDA CRAWLEY :

...oOo...

MS. CLERK:

Please issue a Bench Warrant for the arrest of the above-named defendant, who is charged by Indictment with violation of Title 18, United States Code, Section 1956(h), whose last known address is 477 Pacific Grove Drive, West Palm Beach, Florida 33401.

Rod J. Rosenstein
United States Attorney

Kwame J. Manley
Assistant United States Attorney

ORDER

It is this 22nd day of March, 2007, hereby

ORDERED, that a Bench Warrant be issued for the arrest of the above-named defendant as prayed.

Beth P. Gesner,
United States Magistrate Judge
U.S. District Court for the
District of Maryland

I hereby attest and certify on March 23, 2007
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By_____ Deputy

KJM:USAO#2003R917

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2007 MAR 22  P 4: 04

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. JFM-07-0066 |
| v. | UNDER SEAL |
| SHAWN MICHAEL GREEN,<br>   aka Heads,<br>   aka Big Head; and<br>YOLANDA CRAWLEY | (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846; Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h); Criminal Forfeiture, 21 U.S.C. § 853) |

.oOo.

### SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about 1998, up to and including March 2007, in the District of Maryland and elsewhere, the defendant,

**SHAWN MICHAEL GREEN,**
aka Heads,
aka Big Head;

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the members of the Grand Jury, to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance which contains cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

From in or about January 2004, up to and including March 2007, in the District of Maryland and elsewhere, the defendants,

**SHAWN MICHAEL GREEN,**
aka Heads,
aka Big Head;
**YOLANDA CRAWLEY,**

did knowingly combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury, to knowingly engage, attempt to engage, and cause others to engage in monetary transactions, in and affecting interstate commerce, in criminally derived property that was of a value greater than $10,000, and was derived from specified unlawful activity: that is, the unlawful distribution of controlled substances, in violation of 18 U.S.C. §1957.

18 U.S.C. § 1956(h)

-2-

## FORFEITURE

As a result of the offenses set forth in Counts One and Two, the defendants,

**SHAWN MICHAEL GREEN,**
aka Heads,
aka Big Head;
**YOLANDA CRAWLEY,**

shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of that offense, and all property traceable to such property, including but not limited to $4,000,000,[1] and all interest and proceeds traceable thereto, and the following property:

- a. $603,791 in U.S. Currency;
- b. $276,219 in U.S. Currency;
- c. $ 34,425 in U.S. Currency;
- d. Real Property at 2339 Eutaw Place, Baltimore, Maryland 21217;
- e. Real Property at 10740 Versailles Boulevard, Wellington, Florida 33467;
- f. Real Property at 477 Pacific Grove Drive, Unit 3, Building 14A, West Palm Beach, Florida 33401;
- g. Real Property at 7138 Natures Road, Columbia, Maryland 21046;
- h. 2006 Land Rover/Range Rover, VIN: SALMF13436A217753;
- I. 2006 Land Rover/Range Rover, VIN: SALMF13466A236572;
- j. 2004 Nissan 350Z Roadster, VIN: JN1AZ36A74M251563;
- k. Bank of America Account Number 3938108000;
- l. Bank of America Account Number 004465221983;

---

[1] The forfeiture amount is based on a minimum of two hundred kilograms of cocaine at a minimum value of $20,000 per kilogram.

-3-

m.  Bank of America Account Number 004465700792;

n.  SSA Federal Credit Union Account Number 1952191;

o.  Janus Fund Account Number 202326953-8;

p.  2005 Ford F-150 Truck, VIN: 1FTPW14575KB65581.

## SUBSTITUTE ASSETS

If any of the $4,000,000 and other property described above in this indictment as being subject to forfeiture, as a result of any act or omission of the defendants,

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the property charged with forfeiture: $4,000,000.

21 U.S.C. §853

18 U.S.C. §982

*[signature]*
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL
*[signature]*
Foreperson
Date: 03-22-07

*[Clerk's certification stamp]* March 23, 2007
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By *[signature]* Deputy

-4-

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

By: ☐ Complaint ☐ Information X Indictment      Name of District Court, (City)
                    Superseding                  Baltimore, Maryland
                                                 Northern Division

**Offense Charged**

Conspiracy to Commit Money Laundering.
☐ Petty
☐ Misdemeanor
X Felony

**Defendant - U.S. vs.**    SM-07-066
YOLANDA CRAWLEY
Address: 477 Pacific Grove Drive, West Palm Beach, FL 33402
Birth date: *          Male/Female F    Alien (Y/N): N
* (Optional unless a juvenile)

FILED
LODGED
ENTERED
RECEIVED
MAR 22 2007
CLERK, BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Place of offense:** Baltimore, Maryland
**U.S.C. Citation:** 18 U.S.C. §1956(h)

## Proceeding

**Name of Complainant Agency, Person (& Title, if any) & Phone#**
RJ Gerace, ICE (410) 365-1965

☐ Person is awaiting trial in another Federal or State Court, give name of court:

☐ This person/proceeding is transferred from another district per:
FRCrP ☐ 20 ☐ 21 ☐ 40 Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Attorney ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearances before U.S. Magistrate Judge regarding this defendant were recorded under ▶
Magistrate #

Rod J. Rosenstein
United States Attorney

**Name of Asst. U.S. Att'y:** Kwame J. Manley
**Phone Number:** 410-209-4869

**Additional Information or comments:**
**Maximum Penalty:** Count 2: 10 yr; $250,000 fine; 3 yr SR.
**Date of offense:** 2004-2007
**Length of Trial:** 1 week
**HIDTA CASE:** X Yes ☐ No

## Defendant

**IS NOT IN CUSTODY**
1) X Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges: ▶
2) ☐ Is a fugitive
3) ☐ Is on bail or release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If the answer to (6) is "Yes", show name of institution

Has detainer been filed? Y/N  [N]    Date filed
Date of Federal arrest ▶                OR

☐ Check if plea is expected.
☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

I hereby attest and certify on March 22 2007
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

OCDETF CASE: By ☐ X Yes    Deputy