UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.07-8124-JMH

UNITED STATES OF AMERICA,

v.

YOLANDA CRAWLEY

### WARRANT OF REMOVAL

_____ Complaint

__XX__ Indictment

_____ Probation Violation Warrant

having been filed in the _____ District of __Maryland__

Division_____ charging the above named defendant with

_____18:1956(h)_____ and the defendant having

__XX__ surrendered

_____ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__XX__ waived further hearing

_____ been given a hearing in accordance with **Fed.R.Crim.P. 40.**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this __18th__ day of __April__, 2007.

TAPE NO.LRJ-07

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

c:Csl & Deft, AUSA
   U.S. Marshal, Pretrial Services